RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___7__,__20__,__06__
BY ___OM___

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
VINCENT MCDANIEL
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 04-50021-01

USM Number: 11994-035

Richard C. Goorley
Defendant's Attorney

## THE DEFENDANT:

[✓]   admitted guilt to the allegations listed in the Petition for Warrant filed by the Probation Officer on December 5, 2005. The Court finds that in accordance with the Sentencing Commission Guidelines Manual, the defendant has committed at least one Grade A violation and at least three Grade C violations of his supervised release. Accordingly, the supervised release ordered on September 23, 2004 is hereby revoked.

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

July 13, 2006
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

DONALD E. WALTER, United States District Judge
Name & Title of Judicial Officer

7/20/06
Date

COPY SENT:
DATE: 7/20/06
BY: OM
TO: USM → 3 cert
     USP

DEFENDANT:      VINCENT MCDANIEL
CASE NUMBER:    04-50021-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [ ] a.m.   [ ] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                                    By _____
                                                    DEPUTY UNITED STATES MARSHAL